**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 |
| Patrick G Bomia | Case No.: 21-45307-LSG |
| | JUDGE: LISA S GRETCHKO |
| Debtor | |

## CERTIFICATE OF SERVICE OF CHAPTER 13 TRUSTEE'S
## FINAL REPORT AND ACCOUNT AND SUMMARY OF TRUSTEE'S FINAL REPORT

I hereby certify that on July 26, 2022, I electronically filed the Chapter 13 Standing Trustee's Final Report and Account with the Clerk of the Court using the ECF system .

The following parties were served electronically:

BERMAN & BISHOP
24405 GRATIOT
EAST POINTE, MI  48021

I also hereby certify that on July 26, 2022, the following parties were served a copy of the Chapter 13 Trustee's Final Report and Account via First Class Mail at the addresses below with the lawful amount of postage affixed thereto:

PATRICK G BOMIA
17085 EUCLID AVENUE
ALLEN PARK, MI  48101

I further hereby certify that on July 26, 2022, the following parties were served with a Summary of Final Report via First Class Mail by causing the same to be deposited in a United States Postal Box with the lawful amount of postage affixed thereto:

23RD DISTRICT COURT
23511 GODDARD
TAYLOR, MI 48180

ACCEPTANCE NOW
5501 HEADQUARTERS DR
PLANO, TX 75024

AFNI
P O BOX 3427
RICHMOND, VA 23261

ALLIANCE CATHOLIC CREDIT UNION
26913 NORTHWESTERN HWY STE 520
SOUTHFIELD, MI 48033

AUBREY DEVOI
6333 FELLRATH
TAYLOR, MI 48180

CAPITAL ONE
P O BOX 30285
SALT LAKE CITY, UT 84130

CAVALRY SPV I LLC
P O BOX 27288
TEMPE, AZ 85282

CITI
P O BOX 6497
SIOUX FALLS, SD 57117-6497

COMCAST CABLE
41112 CONCEPT DR
PLYMOUTH, MI 48170

DAVID J CANINE ESQ
30600 TELEGRAPH STE 2370
20V1596GC
FRANKLIN, MI 48025

EMERGENCY PROFESSIONALS OF MI PC
P O BOX 1123
MINNEAPOLIS, MN 55440

JPMORGAN CHASE BANK NA
P O BOX 15368
WILIMINGTON, DE 19850

LOANCARE SERVICING CENTER
P O BOX 8068
VIRGINIA BEACH, VA 23450

MIDLAND CREDIT MANAGEMENT
P O BOX 2037
WARREN, MI 48090

PROG LEASING LLC
ATTN 1059 P O BOX 35146
SEATTLE, WA 98124

| | |
|---|---|
| SNAP FINANCE<br>P O BOX 26561<br>SALT LAKE CITY, UT 84126 | SYNCHRONY BANK<br>% PRA RECEIVABLES MANAGEMENT LLC<br>P O BOX 41031<br>NORFOLK, VA 23541 |
| TAYLOR COMMUNITY CREDIT UNION<br>25155 GODDARD RD<br>P O BOX 547<br>TAYLOR, MI 48180 | TD RETAIL CARD SERVICES<br>% CREDITORS BANKRUPTCY SERVICE<br>P O BOX 800849<br>DALLAS, TX 75380 |
| TOTAL COMMUNITY CREDIT UNION<br>25155 GODDARD RD<br>TAYLOR, MI 48180 | TOTAL COMMUNITY CREDIT UNION<br>P O BOX 547<br>TAYLOR, MI 48180 |
| UHG % PERITUS PORTFOLIO<br>P O BOX 141419<br>IRVING, TX 75014 | VERIZON<br>% AMERICAN INFOSOURCE<br>P O BOX 4457<br>HOUSTON, TX 77210 |
| WAYNE COUNTY FRIEND/COURT<br>PENOBSCOT BUILDING<br>645 GRISWOLD<br>DETROIT, MI 48226 | |

Dated: July 26, 2022

/s/ Shannon Horton
Office of the Chapter 13 Standing Trustee
KRISPEN S. CARROLL
719 Griswold Street, Suite 1100
Detroit, MI 48226
(313) 962-5035